1 **WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Martinez, <br> Elliott Fisher, <br>     Plaintiffs, <br> vs. <br> City of Apache Junction, et al., <br>     Defendants. | No. CV-05-1056-PHX-DGC <br><br> **ORDER** |

On October 14, 2005, the Court entered an Order dismissing this case. *See* Doc. #14. The basis for the dismissal was Plaintiffs' failure, after warning from the Court, to respond to Defendants' motions to dismiss. (Docs. ##3, 4, 12).

On the same day as the Court's Order – October 14, 2005 – Plaintiffs filed a Motion to Strike and a Motion for Emergency Hearing. *See* Docs. ##16, 17. Plaintiffs asked the Court to strike Defendants' Motion to Dismiss filed on April 27, 2005 (Doc. #4). To the extent Plaintiffs' motion is viewed as a response to Defendants' motions to dismiss, it is untimely. The Court granted Plaintiffs an extension until August 23, 2005, to respond to Defendants' motions. *See* Doc. #13. The Motion to Strike was filed almost six weeks after this deadline and is clearly untimely. Moreover, the Court has reviewed the Motion to Strike and finds in it no basis for denying Defendants' Motion to Dismiss.

Plaintiff James Martinez has also filed a Motion for Oral Argument and Motion for Certified Interpreter. *See* Doc. #18. The motion asks the Court to provide various

programs to the public, including certified interpreters, the Reading Pen II, the Kurzwell 3000 and Dragon Naturally Speaking Program. The motion also asks the Court to place its orders on tape and to provide them in large print. Because the Court has dismissed this action, this motion shall be denied as moot.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Emergency Hearing (Doc. #16) is **denied**.

2. Plaintiffs' Motion to Strike (Doc. #17) is **denied**.

3. Plaintiff Martinez's Motion for Oral Argument and Motion for Certified Interpreter (Doc. #18) is **denied**.

4. This action is terminated.

DATED this 1st day of December, 2005.

David G. Campbell
United States District Judge